IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERMAI R. MOLINA, | ) | 4:11CV3141 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON REQUEST FOR** |
| FRED BRITTEN, | ) | **EXTENSION OF APPEAL TIME** |
| | ) | |
| Respondent. | ) | |

    This matter is before me on the petitioner's Request for Extension of Appeal Time. (Filing No. 26.) Germai R. Molina, the petitioner, seeks 30 days in which to file a notice of appeal. However, this matter is already on appeal with the Eighth Circuit Court of Appeals.

    IT IS THEREFORE ORDERED that the petitioner's Motion for Extension of Appeal Time (Filing No. 26) is denied as moot.

    Dated October 2, 2012.

BY THE COURT

_Warren K. Urbom_
Warren K. Urbom
United States Senior District Judge